# Court of Appeals
# of the State of Georgia

ATLANTA,  June 17, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0049.  Warren v. Villages of Castleberry Hill et al.**

Gloria Warren has filed an emergency motion to stay the processing of the Villages of Castleberry Hill's application for a writ of possession. Because Warren's motion does not meet the requirements of Court of Appeals Rule 40 (b), we decline to exercise our limited powers under Rule 40 (b), and the emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  06/17/2021*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                  *, Clerk.*